FILED: August 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1377

(3:12-cv-03539-JMC)

_____

ROBERT B. HOLT, individually; DORIS HOLT, Estate of Doris Holt by and through Robert B. Holt, sole beneficiary

   Plaintiffs - Appellants

v.

SUSAN STROMAN; PRINCESS HODGES; SUSAN TILLMAN; KATHY BEERS; JENNIFER BREWTON; UNIHEALTH POST ACUTE CARE OF COLUMBIA; LATOYA BUGGS-WILLIAMS; SGT. DARIN L. DOUGHERTY; SGT. GEORGE A. DRAFTS; COLUMBIA POLICE DEPARTMENT; ANDRE BAUER; KEN ARD; BETH SCHULER; CRYSTAL PAVLICK; PALMETTO HEALTH; PALMETTO SENIOR CARE; UHS-PRUITT CORPORATION; LT. COL. CARL BURKE; BRENDA HODGES; PAMELA DANZLER; UNIHEALTH ORANGEBURG SC; APRIL MERILL; JAYSON BRING

   Defendants - Appellees

and

SOUTH CAROLINA, THE STATE OF; SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES; BRENDA HUGHES, individually and in her official capacity as Administrator with UniHealth; SC OFFICE ON AGING, THE; CERTAIN UNKNOWN JOHN DOES, in their individual and official capacities; SOUTH CAROLINA OMBUDSMAN'S OFFICE

   Defendants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a deferred appendix, the court denies the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk