UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1377
(3:12-035539-JMC)
_____

**DORIS HOLT, ET AL.**
**Plaintiffs-Appellants**
**Plaintiffs**
v.
**SUSAN STROMAN ET AL.**
**Defendants-Appellees**
**Defendants**

_____

### NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES AND FILINGS

PLEASE TAKE NOTICE that Michael Sribnick, Esquire, the undersigned Counsel for the estate of Doris Holt, Et al. in the case captioned above, will be out of country from November 25, 2015 through November 30, 2015, January 24, - February 15, 2016 and March 14, - March 24, 2016. No court appearances are currently scheduled between those dates and no filings are due during that period that I am aware of.

No court appearances are currently scheduled between those dates and no filings are due during that period that the undersigned knows of at this time.

### CONCLUSION

The undersigned therefore requests protection from court appearances and filings from November 25, 2015 through November 30, 2015, January 24, - February 15, 2016 and March 14, - March 24, 2016. No court appearances are currently scheduled between those dates and no filings are due during that period that I am aware of in the above captioned case.

Respectfully Submitted,

s/Michael G. Sribnick, M.D., J.D.
Michael G. Sribnick, M.D., J.D., LLC
3 Kenilworth Avenue
Charleston, S.C. 29403
Phone: (843) 789-3504
Fax: (843) 720-8907
michael.g.sribnickmdjdllc@gmail.com

1

## Certificate of Service

This was served on opposing counsel via electronic means.

                                      s/Michael G. Sribnick, M.D., J.D.
                                      Michael G. Sribnick, M.D., J.D., LLC
                                      3 Kenilworth Avenue
                                      Charleston, S.C. 29403
                                      Phone: (843) 789-3504
                                      Fax: (843) 720-8907
                                      Email: michael.g.sribnickmdjdllc@gmail.com