—————————————————

**RECORD NO. 15-1377**
—————————————————

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
—————————————————

ROBERT B. HOLT, individually; DORIS HOLT,
Estate of Doris Holt by and through Robert B. Holt, sole beneficiary,

*Plaintiffs-Appellants,*

v.

SUSAN STROMAN; PRINCESS HODGES; SUSAN TILLMAN; KATHY
BEERS; JENNIFER BREWTON; UNIHEALTH POST ACUTE CARE OF
COLUMBIA; LATOYA BUGGS-WILLIAMS; SGT. DARIN L.
DOUGHERTY; SGT. GEORGE A. DRAFTS; COLUMBIA POLICE
DEPARTMENT; ANDRE BAUER; KEN ARD; BETH SCHULER;
CRYSTAL PAVLICK; PALMETTO HEALTH; PALMETTO SENIOR
CARE; UHS-PRUITT CORPORATION; LT. COL. CARL BURKE;
BRENDA HODGES; PAMELA DANZLER; UNIHEALTH
ORANGEBURG SC; APRIL MERILL; JAYSON BRING,

*Defendants-Appellees,*

and

SOUTH CAROLINA, THE STATE OF; SOUTH CAROLINA DEPARTMENT OF
SOCIAL SERVICES; BRENDA HUGHES, individually and in her official capacity
as Administrator with UniHealth; SC OFFICE ON AGING, THE; CERTAIN
UNKNOWN JOHN DOES, in their individual and official capacities; SOUTH
CAROLINA OMBUDSMAN'S OFFICE,

*Defendants.*

1

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

---

**MOTION FOR EXTENSION TO
FILE RESPONSE BRIEF OF APPELLEES**

---

The Appellees respectfully move this Court, pursuant to Rule 31(a), FRAP, and Local Rule 31(c), for a ten day extension until November 20, 2015, to file the Appellees' Joint Response Brief.

The Appellees' motion is based on the following grounds:

1.     Based upon the current briefing order, the Appellees' Joint Response Brief is due to be filed by November 10, 2015.

2.     Andrew F. Lindemann, the undersigned counsel for the Appellee Beth Shuler who is lead counsel and responsible for preparing the brief for all Appellees, will be unable to complete the preparation and drafting of the Appellees' Response Brief by the current deadline because of other obligations and deadlines.  In addition, Mr. Lindemann has spent time out of office in the past week to tend to a family medical issues.  Additional time is also needed to coordinate the brief among the numerous counsel for the various Appellees.

3.     No prior extensions have been requested by the Appellees.

4.      Counsel for the Appellants has been consulted about the requested extension, but no response has been received.

5.      However, it is not anticipated that the Appellants will object to this extension given that the Appellants have requested and were granted several extensions for the filing of their Opening Brief.  By way of background, on April 24, 2015, a briefing order was issued requiring the filing of the Joint Appendix by June 3, 2015.  (Dkt. #11).  The Appellants' counsel was granted an extension through July 6, 2015, and an amended briefing order was issued to that effect.  (Dkt. #19).  The Appellants' counsel then requested and was granted another extension through August 5, 2015.  (Dkt. #33).  A third extension was requested and granted through September 8, 2015.  (Dkt. #37).  Finally, a fourth extension was requested and granted through October 8, 2015.  (Dkt. #45).

WHEREFORE, the Appellees, through their undersigned counsel, respectfully request that the Court grant an extension until November 20, 2015, for the filing and service of the Appellees' response brief.

DAVIDSON & LINDEMANN, P.A.


BY: _____*s/ Andrew F. Lindemann*_____
ANDREW F. LINDEMANN
1611 Devonshire Drive, Second Floor
Post Office Box 8568
Columbia, South Carolina 29202
TEL: (803) 806-8222
FAX: (803) 806-8855

*Counsel for Appellee Beth Schuler*


BY: _____*s/ J. Edward Bradley*_____
S. JAHUE MOORE, SR.
J. EDWARD BRADLEY
MOORE TAYLOR LAW FIRM, P.A.
Post Office Box 5709
W. Columbia, South Carolina 29171
TEL: (803) 796-9160
FAX: (803) 791-8410

*Counsel for Appellee Beth Schuler*


BY: _____*s/ Eugene H. Matthews*_____
EUGENE H. MATTHEWS
C. CLIFF ROLLINS
RICHARDSON PLOWDEN &
  ROBINSON, P.A.
Post Office Drawer 7788
Columbia, South Carolina 29202
TEL: (803) 771-4400
FAX: (803) 779-0016

*Counsel for Appellees Susan Stroman, Princess Hodges, LaToya Buggs-Williams, Andre Bauer and Ken Ard*

BY: _____*s/ James E. Parham, Jr.*_____
JAMES E. PARHAM, JR.
JAMES E. PARHAM, JR., P.A.
Post Office Box 1576
Irmo, South Carolina 29063
TEL: (803) 749-8555
FAX: (803) 749-0277

*Counsel for Appellees Palmetto Health*
*d/b/a Palmetto Senior Care, Kathy Beers,*
*Jennifer Brewton and Susan Tillman*

BY: _____*s/ W. Jerad Rissler*_____
TYLER L. ARNOLD
W. JERAD RISSLER
ARNALL GOLDEN
 GREGORY, LLP
171 17th Street NW - Suite 2100
Atlanta, Georgia 30363-1031
TEL: (404) 873-8500

*Counsel for Appellees Pamela Dantzler,*
*Brenda Hughes, Crystal Pavlick, UniHealth*
*PostAcute Care Orangeburg, LLC,*
*UniHealthPostAcuteCare, Columbia, LLC,*
*Pruitt Corporation and Jason Bring*

BY: _____*s/ Jeanne J. Lisowski*_____
JEANNE J. LISOWSKI
OFFICE OF THE CITY ATTORNEY
City of Columbia Legal Department
Post Office Box 667
Columbia, South Carolina 29202
TEL: (803) 737-4242
TEL: (803) 737-4250

*Counsel for Appellees Carl Burke*
*and April Merill*

November 9, 2013

_____

**CERTIFICATE OF SERVICE**

_____


I hereby certify that on November 9, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Michael G. Sribnick, Esquire
S. Jahue Moore, Sr., Esquire
John C. Bradley, Jr., Esquire
Eugene Matthews, Esquire
James E. Parham, Jr., Esquire
James E. Bradley, Esquire
Jeanne J. Lisowski, Esquire
C. Clifford Rollins, Esquire
Tyler L. Arnold, Esquire
W. Jerad Rissler, Esquire


_____ *s/ Andrew F. Lindemann* _____